## *Garon Trade Secrets Confidentiality Agreement*

*Garon Foods Incorporated* through the years has developed a unique *Food Company Business* that has information and intellectual and real property as herein elucidated that is classified by Garon as *Trade Secrets* whether created by, or for Garon, and/or by or for Garon's current and/or potential customers, suppliers, vendors and/or others engaged in transactions or consultations with Garon, any non-public information, such as but not limited to, any apparatus, communications, compilations, customer lists, customer products, customer pricing, data, designs, devices, developments, documentations, equipment, experimental processes or information, financial records, formula, green initiatives, growers, HACCP plans, improvements, innovations, intellectual property, laboratorial policies and /or practices and/or procedures, machinery, manufacturers, methods, packaging, packers, packing, patterns, plans, policies, practices, pricing, procedures, processes, processors, products, product flow, product processors, programs, protocols, recipes, records, researches, safety strategies, sales, science, suppliers and/or vendors, techniques, technologies, toolings, etc., and any and all things Garon considers Trade Secrets and any and all information learned through Garon.

By gaining access to Garon and/or Garon's personnel and/or records, whether in whole or in part, the *Undersigned* will be exposed to *Garon's Trade Secrets*. Garon is allowing the *Undersigned* access to *Garon's Trade Secrets* based on the terms of this *Confidentiality Agreement*. Any knowledge or knowhow that the *Undersigned* gains thru access to *Garon's Trade Secrets* shall be held by the *Undersigned* in *Strict Confidence* as it is and remains the *Intellectual Property* and *Garon's Trade Secrets* owned exclusively by Garon and exclusively for the benefit of Garon.

Herein now let it be known, that *Garon Trade Secrets* are protected from disclosure by the *Undersigned*, by this the *Confidentiality Agreement*, and /or the *Illinois Trade Secret Act*, and/or the *Federal Uniform Trade Secrets Act*, and/or the *U.S. Economic Espionage Act*, and/or *International Law* and is punishable by financial prosecution and by criminal prosecution and or penalty.

The *Undersigned* perpetually pledges to hold the *Garon's Trade Secrets* in a confidential, secret and undisclosed manner, and furthermore the *Undersigned* shall not *reveal or allow revelation thereof by whatsoever means*, to any one at any time, whether in whole or in part, and shall only use *Garon's Trade Secrets* for the sole purpose of developing goods and/or services for Garon and shall not use the *Garon's Trade Secrets* for any other reason whatsoever.

If any *Individual and/or Peoples* request and/or require *Garon's Trade Secrets* from the *Undersigned*, the *Undersigned* shall assume all responsibility to enquire and require that the *Individual and/or Peoples* are bound by this same *Confidentiality Agreement*.

The *Undersigned* is required to disclose the *Garon's Trade Secrets* pursuant to due legal process, the *Undersigned* shall notify Garon in writing of the existence, terms, and conditions of such request prior to disclosure so that Garon may seek an appropriate protective order, and/or other remedy, and/or waive in whole, or in part, the enforceability of the terms of this *Confidentiality Agreement.*

The *Undersigned* shall only be released from *Confidentiality Agreement* by an expressed written permission from the President of Garon.

All disputes regarding *Garon Trade Secrets Confidentiality Agreement* shall be heard exclusively in the venue chosen by Garon.

The perpetual enforcement of this *Confidentiality Agreement* shall survive the severing of any business relationship between Garon and the *Undersigned* and shall be binding upon all of the *Undersigned's* employees, heirs, litigates, personal representatives, successors, and assigns.

Any disclosure or unauthorized use of *Garon Trade Secrets*, both through acts of commission and/or omission, will cause Garon substantial and irreparable harm in the competitive market place that may be difficult to measure. A breach of this contract will allow Garon to seek actual, incidental, consequential, punitive damages beyond those included in Illinois, and/or Federal, and/or International Law, as well as royalties of not less than seventy-five percent of gross profits procured as a result of the usage of any *Garon Trade Secrets*.

The breaching party shall be liable for all actual attorney fees and all court costs incurred in processing said breach. Nothing in this agreement limits or negates applicable *Trade Secrets* Laws that provide Garon with greater or broader protection as stated in this *Confidentiality Agreement*.

The failure of Garon to insist upon strict or prompt performance of this *Confidentiality Agreement* shall not be construed as a waiver and/or the relinquishment of Garon's right thereafter to enforce the same.

If any provision of this *Confidentiality Agreement* is found to be unenforceable the remainder of this agreement shall continue in full force and effect. A court of competent jurisdiction, of Garon's venue choice, may modify the objectionable provision so as to make it valid, reasonable, and enforceable.

I, the *Undersigned*, understand that if I disclose any of *Garon Trade Secrets* by whatsoever means to whomsoever, such disclosure may be considered an act of espionage, by the *Illinois Trade Secret Act*, the *Federal Uniform Trade Secrets Act*.

I, the *Undersigned*, by my signature below, am stating that I have read, understand, and agree to abide by the terms of this *Garon Trade Secrets Confidentiality Agreement* and in addition, perpetually pledge to keep and hold *Garon Trade Secrets* in a *confidential non-disclosed* manner and furthermore, represent that I am entering into this *Confidentiality Agreement* by my own free will and choice and execute this agreement on the date set forth below, and finally, understand and agree that this *Garon Trade Secrets Confidentiality Agreement* becomes a legal and binding contract once I, the *Undersigned*, initiate this *Confidentiality Agreement* by my signature below.

Sarah Monteith
Print Name                                Print Company Name

_[signature]_                              11/14/11
Signature                                  Date

Witness _[signature]_