# Garon Foods Inc.
## Resignation Notification

I, the undersigned, by my signature below, herby agree to the following:

I, Sarah Jane Monteith orally offered my resignation to the President of Garon on 2.4.13; therefore, this is my official notification of resignation from employment at Garon Foods Inc.

I, by my signature below, do hereby realize and recognize that I am leaving Garon on good terms and of my own free will and choice. I am resigning for personal reasons. These personal reasons are not reflective of any actionable incidents either by Garon to me, and/or by me to Garon and/or by others.

I, by my signature below, do hereby realize and recognize that after leaving employment at Garon Foods, I am still bound by the Garon Foods' Confidentiality Agreement and my non-disclosure obligations, which are perpetual.

My start date at Garon was on or around 11.28.11.

Garon accepts Sarah Jane Monteith's resignation as a two-week notice.

Garon thanks Sarah Jane Monteith for her hard work and service to Garon and wishes her the best.

It becomes very stressful for both the company and the employee to continue working together after an Employee resigns. Therefore in the spirit of peace, 2.6.13 will be Sarah Jane Monteiths' last day. Garon will voluntarily pay Sarah Jane Monteith until 2.15.13, which was the date chosen by Sarah Jane Monteith to be her last day.

Sarah Jane Monteith's vacation time and whatever other monies she has earned will be paid out on or before 3.1.13.

I, by my signature hereby, bear witness that all of the herein contained statements are true and correct.

_____   2/6/13
Employee Signature              Date

_____   2/6/13
Garon/Management Signature   Date

EXHIBIT B