UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARON FOODS, INC.,

    Plaintiff,

        v.

SARAH MONTIETH,

    Defendant.

Case No. 13-cv-214-JPG-PMF

**MEMORANDUM AND ORDER**

    This matter comes before the Court on plaintiff Garon Foods, Inc.'s ("Garon") request for numerous redactions of the transcript of the June 20, 2013, preliminary injunction hearing (Doc. 25). It has supported those requests with citations to relevant authority.

    In reviewing Garon's request, the Court is guided by the presumption that judicial records are presumptively in the public domain. *Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346, 348 (7th Cir. 2006); *Methodist Hosps., Inc. v. Sullivan*, 91 F.3d 1026, 1031 (7th Cir. 1996); *cf. Grove Fresh Distrib., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 897 (7th Cir. 1994). There is a common law right of access to documents filed in litigation. *Methodist Hosps.*, 91 F.3d at 1031; *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 597-99 (1978). "Public scrutiny over the court system serves to (1) promote community respect for the rule of law, (2) provide a check on the activities of judges and litigants, and (3) foster more accurate fact finding." *Grove Fresh*, 24 F.3d at 897; *see generally Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555 (1980). "Though its original inception was in the realm of criminal proceedings, the right of access has since been extended to civil proceedings because the contribution of publicity is just as important there." *Grove Fresh*, 24 F.3d at 897. The common law holds that "court files and documents should be open to the public unless the court finds that its records are being used for improper

purposes." *Grove Fresh*, 24 F.3d at 897. There are exceptions, however, to the general rule of access to court documents. For example, a court may seal records to protect trade secrets or other kinds of information deserving of long-term confidentiality. *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 545 (7th Cir. 2002); *see Nixon*, 435 U.S. at 598 (to protect business information that could harm litigant's competitive standing).

In addition to this common law right of access to court documents, there is a constitutional right of access to court records. *Grove Fresh*, 24 F.3d at 897; *Globe Newspaper Co. v. Superior Court*, 457 U.S. 596, 603 (1982). "The First Amendment presumes that there is a right of access to proceedings and documents which have historically been open to the public and where the disclosure of which would serve a significant role in the functioning of the process in question." *Grove Fresh*, 24 F.3d at 897 (internal quotations omitted). "This presumption is rebuttable upon demonstration that suppression 'is essential to preserve higher values and is narrowly tailored to serve that interest.'" *Grove Fresh*, 24 F.3d at 897 (quoting *Press-Enterp. Co. v. Superior Court*, 464 U.S. 501, 510 (1984)). "[W]hen a court finds that the presumption of access has been rebutted by some countervailing interest, that 'interest is to be articulated along with findings specific enough that a reviewing court can determine whether the closure order was properly entered.'" *Grove Fresh*, 24 F.3d at 898 (quoting *Press Enterprise*, 464 U.S. at 510).

Having reviewed the transcript, the Court **ORDERS** that the redactions be made to the publicly available transcript as follows:

1. The name of Garon's pepper supplier, its principals and employees shall be **REDACTED** as requested. If known by the public, those items would reveal the identity of Garon's pepper supplier, a trade secret protected by Garon, and could harm Garon's competitive standing in the marketplace. The redactions are:

| Page No. | Line No. | Statement to be Redacted |
|---|---|---|
| 18 | 9 | Redact the name of the business. |
| 18 | 12-13 | Redact the name of the business. |
| 19 | 2 | Redact the name of the business. |
| 19 | 7 | Redact the name of the business. |
| 19 | 18 | Redact the name of the business. |
| 19 | 21 | Redact the name of the person. |
| 19 | 23 | Redact the name of the person. |
| 19 | 24 | Redact the name of the business. |
| 20 | 8 | Redact the name of the business. |
| 20 | 11 | Redact the name of the business. |
| 21 | 25 | Redact the name of the business. |
| 22 | 4 | Redact the name of the business. |
| 23 | 10 | Redact the name of the business. |
| 23 | 18-19 | Redact the name of the business. |
| 24 | 4-5 | Redact the name of the business. |
| 24 | 14 | Redact the name of the business. |
| 24 | 21 | Redact the name of the business. |
| 26 | 8 | Redact the name of the business. |
| 26 | 12 | Redact the name of the business. |
| 27 | 6 | Redact the name of the business. |
| 28 | 13-14* | Redact the name of the business. |
| 31 | 2 | Redact the name of the business. |
| 31 | 10-11 | Redact the name of the business. |
| 31 | 12-13 | Redact the names of the persons. |
| 31 | 14 | Redact the name of the business. |
| 31 | 17 | Redact the name of the person. |
| 31 | 18 | Redact the name of the person. |
| 31 | 19 | Redact the name of the business. |
| 32 | 5 | Redact the name of the business. |
| 32 | 8 | Redact the name of the business. |
| 32 | 14-15 | Redact the name of the business. |
| 32 | 18 | Redact the name of the business. |
| 33 | 5-6 | Redact the name of the business. |
| 34 | 9 | Redact the name of the business. |
| 34 | 10 | Redact the name of the business. |
| 34 | 18 | Redact the name of the business. |
| 35 | 19 | Redact the name of the business. |
| 37 | 14 | Redact the name of the business. |
| 37 | 16 | Redact the name of the business. |
| 37 | 19 | Redact the name of the first* business. |
| 37 | 25 | Redact the name of the person and the name of the business. |
| 38 | 9 | Redact the name of the business. |
| 38 | 11 | Redact the name of the business. |

| | | |
|---|---|---|
| 38 | 14 | Redact the name of the business. |
| 38 | 25 | Redact the name of the business. |
| 39 | 2 | Redact the name of the business. |
| 39 | 15 | Redact the name of the business. |
| 39 | 20 | Redact the name of the business. |
| 39 | 24 | Redact the name of the business. |
| 39 | 25 | Redact the name of the first* person. |
| 40 | 3 | Redact the name of the business. |
| 40 | 16 | Redact the name of the person. |
| 40 | 23 | Redact the name of the business. |
| 41 | 14 | Redact the name of the business. |
| 41 | 21 | Redact the name of the business. |
| 41 | 23 | Redact the name of the business. |
| 42 | 4 | Redact the name of the business. |
| 42 | 11 | Redact the name of the business. |
| 42 | 13 | Redact the name of the business. |
| 42 | 18 | Redact the name of the business. |
| 43 | 1 | Redact the name of the business. |
| 43 | 9 | Redact the name of the business. |
| 45 | 19 | Redact the name of the business. |
| 47 | 17 | Redact the name of the business. |
| 48 | 17 | Redact the name of the business. |
| 49 | 11-12 | Redact the name of the business. |
| 49 | 18 | Redact the name of the business. |
| 55 | 1-2* | Redact the name of the business. |
| 57 | 14 | Redact the name of the business. |
| 59 | 10 | Redact the name of the business. |
| 59 | 23 | Redact the name of the business. |
| 61 | 16 | Redact the name of the business. |
| 62 | 25 | Redact the name of the business. |
| 63 | 4 | Redact the name of the business. |
| 69 | 7 | Redact the name of the business. |
| 69 | 24 | Redact the name of the business. |
| 70 | 1 | Redact the name of the business. |
| 70 | 10 | Redact the name of the business. |
| 70 | 15 | Redact the name of the business. |
| 86 | 21-22 | Redact the name of the person and the name of the business. |
| 86 | 23 | Redact the name of the person. |
| 87 | 7 | Redact the name of the business. |
| 87 | 13 | Redact the name of the person. |
| 87 | 15 | Redact the name of the business. |
| 88 | 3-4 | Redact the name of the person and the name of the business. |
| 88 | 9 | Redact the name of the business. |
| 89 | 5 | Redact the name of the business. |
| 89 | 15-16 | Redact the name of the business. |

| | | |
|---|---|---|
| 93 | 24 | Redact the name of the business. |
| 94 | 1 | Redact the name of the business. |
| 95 | 7 | Redact the name of the business. |
| 95 | 10 | Redact the name of the business. |
| 95 | 20-21 | Redact the name of the business. |
| 96 | 7-8 | Redact the name of the business. |
| 96 | 9 | Redact the name of the business. |
| 98 | 12 | Redact the name of the business. |
| 98 | 15 | Redact the name of the business. |
| 99 | 9 | Redact the name of the business. |
| 101 | 13 | Redact the name of the business. |
| 101 | 17 | Redact the name of the business. |
| 102 | 5 | Redact the name of the business. |
| 102 | 11 | Redact the name of the business. |
| 102 | 14-15 | Redact the name of the business. |
| 102 | 25 | Redact the name of the business. |
| 103 | 7 | Redact the name of the business. |
| 104 | 23 | Redact the name of the business. |
| 105 | 3 | Redact the name of the business. |
| 105 | 6 | Redact the name of the business. |
| 106 | 13 | Redact the name of the person. |
| 106 | 14 | Redact the name of the person. |
| 107 | 2 | Redact the name of the person. |
| 107 | 8 | Redact the name of the person. |
| 107 | 12 | Redact the name of the person. |
| 107 | 13 | Redact the name of the person. |
| 107 | 24 | Redact the name of the business. |
| 108 | 6 | Redact the name of the business. |
| 108 | 14 | Redact the name of the business. |
| 108 | 24 | Redact the name of the person. |
| 109 | 16 | Redact the name of the business. |
| 109 | 19 | Redact the name of the business. |
| 109 | 21 | Redact the name of the business. |
| 109 | 25 | Redact the name of the person. |
| 110 | 11-12* | Redact the name of the business. |
| 111 | 5 | Redact the name of the business. |
| 111 | 7 | Redact the name of the business. |
| 111 | 8 | Redact the name of the business. |
| 112 | 14 | Redact the name of the business. |
| 114 | 3 | Redact the name of the business. |
| 114 | 5 | Redact the name of the business. |
| 114 | 18 | Redact the name of the business. |
| 115 | 6 | Redact the name of the business. |
| 115 | 9 | Redact the name of the business. |
| 115 | 13-14 | Redact the name of the business. |

| | | |
|---|---|---|
| 115 | 25 | Redact the name of the business. |
| 116 | 14 | Redact the name of the business. |
| 118 | 25 | Redact the name of the business. |
| 119 | 4 | Redact the name of the business. |
| 119 | 6 | Redact the name of the business. |
| 121 | 4 | Redact the name of the business. |
| 123 | 10 | Redact the name of the business. |
| 123 | 15 | Redact the name of the business. |
| 124 | 10 | Redact the name of the business. |
| 126 | 1-2 | Redact the name of the business. |
| 127 | 5 | Redact the name of the business. |
| 129 | 20 | Redact the name of the business. |
| 129 | 22 | Redact the name of the business. |
| 130 | 5-6 | Redact the names of persons. |
| 130 | 8 | Redact the name of the person. |
| 130 | 14 | Redact the name of the business. |
| 130 | 17 | Redact the name of the business. |
| 131 | 13 | Redact the name of the business. |
| 131 | 14 | Redact the name of the business. |
| 132 | 18 | Redact the name of the business. |
| 132 | 19 | Redact the name of the business. |
| 133 | 7 | Redact the name of the business. |
| 133 | 21-22* | Redact the name of the business. |
| 134 | 22-23* | Redact the name of the business. |
| 135 | 2 | Redact the names of the first business. |
| 138 | 5-6 | Redact the name of the business. |
| 138 | 10 | Redact the name of the business. |
| 138 | 14 | Redact the name of the business. |
| 138 | 19 | Redact the name of the business. |
| 139 | 5 | Redact the name of the business. |
| 139 | 14 | Redact the name of the business. |
| 141 | 8 | Redact the name of the business. |
| 142 | 1 | Redact the name of the business. |
| 142 | 2 | Redact the name of the business. |
| 142 | 13 | Redact the name of the business. |
| 143 | 6 | Redact the name of the business. |
| 143 | 11 | Redact the name of the business. |
| 143 | 17 | Redact the name of the business. |
| 144 | 2 | Redact the name of the business. |
| 144 | 3 | Redact the name of the business. |
| 144 | 5 | Redact the name of the business. |
| 144 | 7-8 | Redact the name of the business. |
| 144 | 23 | Redact the name of the business. |
| 144 | 24 | Redact the name of the business. |
| 145 | 8 | Redact the name of the business. |

| | | |
|---|---|---|
| 145 | 13-14 | Redact the name of the business. |
| 146 | 20 | Redact the name of the business. |
| 147 | 12 | Redact the name of the business. |
| 147 | 16 | Redact the name of the business. |
| 148 | 24 | Redact the name of the business. |
| 149 | 16 | Redact the name of the business. |
| 150 | 11 | Redact the name of the business. |
| 151 | 2 | Redact the name of the person. |
| 156 | 22 | Redact the name of the business. |
| 158 | 4 | Redact the name of the business. |
| 160 | 22 | Redact the name of the business. |
| 160 | 23-24 | Redact the name of the business. |
| 161 | 1-2 | Redact the name of the business. |
| 161 | 4-5 | Redact the name of the business. |
| 161 | 7 | Redact the name of the business. |
| 162 | 17 | Redact the name of the business. |
| 162 | 19-20 | Redact the name of the business. |
| 162 | 25 | Redact the name of the business. |
| 163 | 2 | Redact the name of the business. |
| 163 | 11 | Redact the name of the business. |
| 163 | 23 | Redact the name of the business. |
| 164 | 7-8 | Redact the name of the business. |
| 164 | 17 | Redact the name of the business. |
| 167 | 15 | Redact the name of the business. |
| 167 | 25 | Redact the name of the business. |

\* The requested redaction contained a different redaction range, but upon review, the Court has determined a different description is necessary to cover the confidential information or clarify the redaction.

2.  The names of other businesses in the pepper industry shall **NOT BE REDACTED**. for the reasons stated below:

| Page No. | Line No. | Reason for redaction decision |
|---|---|---|
| 109 | 23 | No redaction. That Red Gold tomato company is a customer of Garon's supplier is not Garon's confidential information that could harm Garon's competitive standing in the marketplace were it to become public. |
| 109 | 24 | |
| 109 | 25 | |
| 110 | 1 | |
| 110 | 22 | |
| 121 | 7-8 | No redaction. This is information about Garon's supplier that may or may not have any relation to Garon, Garon's products or Garon's customers. It reveals nothing about Garon. |
| 121 | 10-11 | |
| 135 | 2 | Do not redact the name of the second business. That is information about Garon's supplier that may or may not have any relation to Garon, Garon's products or Garon's customers. It reveals nothing about Garon. |

| Page No. | Line No. | Reason for redaction decision |
|---|---|---|
| 135 | 3 | No redaction.  This is information about Garon's supplier that may or may not have any relation to Garon, Garon's products or Garon's customers.  It reveals nothing about Garon. |
| 135 | 6 | |
| 135 | 13 | |
| 135 | 16 | |
| 135 | 20 | |
| 136 | 2 | |
| 136 | 9 | |
| 136 | 12 | |
| 136 | 14 | |
| 136 | 17 | |
| 142 | 11 | |
| 142 | 14 | |
| 142 | 15 | |
| 142 | 20 | |
| 142 | 22 | |
| 151 | 1-2 | No redaction.  That Red Gold tomato company is a customer of Garon's supplier is not Garon's confidential information that could harm Garon's competitive standing in the marketplace were it to become public. |
| 157 | 3 | No redaction.  That is information about Garon's supplier that may or may not have any relation to Garon, Garon's products or Garon's customers.  It reveals nothing about Garon. |
| 157 | 5 | |

3. Some publicly available information about Garon's products shall **NOT BE REDACTED** but information about Garon's pepper recipe shall be **REDACTED** as follows:

| Page No. | Line No. | Reason for redaction decision |
|---|---|---|
| 105 | 4 | No redaction.  The percentage of Garon's product provided by one of its suppliers is not the kind of confidential information that could harm Garon's competitive standing in the marketplace were it to become public. |
| 109 | 12 | No redaction.  Container size information for Garon's product is publicly available to anyone who shops for or purchases Garon's product and would not harm Garon's competitive standing in the marketplace were it disclosed in this transcript. |
| 109 | 14 | |
| 109 | 18 | |
| 110 | 3 | |
| 111 | 18-21 | No redaction.  This describes a characteristic of Garon's pepper product which is publicly available to anyone who shops for, purchases or uses Garon's product and would not harm Garon's competitive standing in the marketplace were it disclosed in this transcript.. |
| 113 | 21-23* | |
| 146 | 1 | |
| 146 | 2 | |
| 146 | 4-7 | |
| 147 | 17 | |
| 147 | 21-22 | |
| 147 | 24-25 | Redact everything after "in."  This contains information about Garon's confidential pepper recipe. |

8

| 148 | 4-5 | Redact everything after "destemmed." This contains information about Garon's confidential pepper recipe. |
| 148 | 15 | Redact everything after "Out of" and before "peppers." This contains information about Garon's confidential pepper recipe. |

\* The requested redaction contained a different redaction range, but upon review, the Court has determined a different description is necessary to cover the confidential information or clarify the redaction.

4. Other information in the redaction request shall **NOT BE REDACTED** as follows:

| Page No. | Line No. | Reason for redaction decision |
|---|---|---|
| 37 | 19 | Do not redact the name of the second business. Garon has not shown that the redaction is necessary to protect confidential information that would harm its competitive standing in the marketplace were it revealed. |
| 39 | 25 | Do not redact the name of the second person. Garon has not shown that the redaction is necessary to protect confidential information that would harm its competitive standing in the marketplace were it revealed. |
| 106 | 14 | Do not redact the name of the state. Garon has not shown that the redaction is necessary to protect confidential information that would harm its competitive standing in the marketplace were it revealed. |
| 108 | 4-7 | Do not redact anything but the name of the business on line 6. Garon has not shown that the redaction is necessary to protect confidential information that would harm its competitive standing in the marketplace were it revealed. |

The unredacted transcript (Doc. 23) shall remain **UNDER SEAL**.

**IT IS SO ORDERED.**
**DATED: October 31, 2013**

          s/J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**