UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARON FOODS, INC.,

    Plaintiff,

        v.

SARAH MONTIETH,

    Defendant.

Case No. 13-cv-214-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 48) pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the plaintiff.  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties.  The Court has reviewed the motion and, in light of the fact that the parties have settled this dispute in its entirety, **GRANTS** the motion (Doc. 48), **DISMISSES** this case with prejudice and **DIRECTS** the Clerk of Court to enter judgment accordingly.  The direction in the Court's November 11, 2013, order to enter judgment 120 days from the date of that order (Doc. 39) is rendered **MOOT** by this dismissal, as are all other pending motions in this case (Doc. 40).

**IT IS SO ORDERED.**
**DATED:  February 19, 2014**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**